```
 1
 2
 3
 4
 5                    UNITED STATES DISTRICT COURT
 6                   EASTERN DISTRICT OF CALIFORNIA
 7                           ----oo0oo----
 8  MARY DAWN PASCALE,,
                                       NO. CIV.S-05-0886 WBS-KJM
 9            Plaintiff,
10       v.
11  JT USA, INC., and DOES
    1-50,
12
              Defendants.
13
14                           ----oo0oo----
15
                   STATUS (PRETRIAL SCHEDULING) ORDER
16
              After reviewing the plaintiff's Status Report, the
17
    court hereby vacates the Status (Pretrial Scheduling) Conference
18
    scheduled August 15, 2005, and resets the Status (Pretrial
19
    Scheduling) Conference for October 24, 2005, at 9:00 a.m.
20
              Plaintiff shall effect service upon any unserved
21
    defendant no later than September 14, 2005.  According to the
22
    Fed. Rules of Civil Procedure, Rule 4(m), the failure to do so
23
    may result in the dismissal of the action without prejudice as
24
    against the then-unserved defendants.
25
    DATED: August 2, 2005.
26
27                            _____
                              WILLIAM B. SHUBB
28                            UNITED STATES DISTRICT JUDGE
```