UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MARY DAWN PASCALE,

        Plaintiff,

   v.

JT USA, INC. and DOES 1-50,

        Defendants.

NO. CIV. S-05-0886 WBS KJM

ORDER
RE: MOTION TO SUBSTITUTE PARTY

----oo0oo----

        Plaintiff moves the court for an order pursuant to Federal Rule of Civil Procedure 25(c) to substitute JT USA, LLC ("JT LLC") as a defendant in place of DOE 1.  Plaintiff contends that the substitution is necessary because defendant JT USA INC ("JT INC") has become JT LLC, a limited liability corporation, and now refuses to accept service as JT INC.  The requested substitution appears to be appropriate.  However,"motions to amend a complaint to substitute a named defendant for a Doe defendant are governed by [Federal] Rule [of Civil Procedure] 15," and not Rule 25(c).  <u>Butler v. Robar Enters., Inc.</u>, 208 F.R.D. 621, 622 (C.D. Cal. 2002).  Rule 15(a) provides that "[a] party may amend the party's pleading once as a matter of course

1

at any time before a responsive pleading is served. . . ." Because service has not been received, no responsive pleading has been filed in this action.  Nor has plaintiff previously amended her pleading.  Therefore, pursuant to Rule 15(a), plaintiff is free to amend her complaint to add JT LLC as a named defendant if she wishes.

       IT IS THEREFORE ORDERED that plaintiff's motion to substitute JT USA LLC as a defendant in place of DOE 1 be, and the same hereby is, GRANTED in that plaintiff may amend her complaint to add JT LLC as a named defendant.

DATED:  August 24, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE