**ALTEMUS & WAGNER**
ATTORNEYS AT LAW
1255 SACRAMENTO STREET, REDDING, CALIFORNIA 96001
TELEPHONE: (530) 242-8800   FAX: (530) 242-8900

STEWART C. ALTEMUS (SBN 98746)

Attorney for Plaintiff, MARY DAWN PASCALE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARY DAWN PASCALE,

        Plaintiff,

  vs.

JT USA, INC., JT USA, LLC, and DOES 2-50,

        Defendants.

NO. 2:05-CV-00886-WBS-KJM

**STIPULATION**

IT IS HEREBY STIPULATED by and between parties through their respective attorneys of record that the above-entitled matter may be dismissed without prejudice to the filing of a state court action involving the same parties on the grounds that the above-entitled court lacks jurisdiction because there was no diversity of citizenship at the time the complaint was filed.

Dated: February 7, 2006        ALTEMUS & WAGNER

                                      /S/
                               STEWART C. ALTEMUS,
                               Attorney for Plaintiff

Dated: February 7, 2006        JACOBSEN & McELROY

                                      /S/
                               Brian P. Dolin
                               Attorneys for Defendants

1 | **ORDER**

2 | IT IS SO ORDERED

3

4 | Date: February 7, 2006

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE